IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN RICHARD BEACH | ) |
| | ) |
| v. | ) NO. 3:08-0569 |
| | ) JUDGE CAMPBELL |
| HEALTHWAYS, INC., et al. | ) |

ORDER

Pending before the Court is Defendants' Motion to Dismiss Plaintiff's Consolidated Class Action Complaint for Violation of Federal Securities Laws (Docket No. 65). The Court heard oral argument on Defendants' Motion on February 27, 2009. For the reasons stated in the accompanying Memorandum, Defendants' Motion to Dismiss is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE