# CLERK'S RESUME OF PROCEEDINGS
# CIVIL NON-JURY PROCEEDINGS

| | |
|---|---|
| John Richard Beach, Individually and on Behalf of All Others Similarly Situated | CASE #3:08-0569   Judge Campbell (Consolidated / Lead Case) |
| VS. | |
| Healthways, Inc., et al. | Dated: October 2, 2009 |

**NATURE OF PROCEEDING:** Motion Hearing

**COURT REPORTER:** Cathy Leigh

**PLAINTIFF'S ATTORNEY(S):** George Barrett / Douglas Johnston, Jr.
Scott Saham / Thomas Egler

**DEFENDANT'S ATTORNEY(S):** John Latham / Brian Roark

**COMMENTS:** This hearing was held on the Lead Plaintiff's Motion (#93) for Class Certification. Order to enter w/in the week

KEITH THROCKMORTON
CLERK, U.S. DISTRICT COURT
Doris E. Bush, Deputy Clerk

**TIME UTILIZED:** 9:00 - 10:37