IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN RICHARD BEACH )
 )
v. ) NO. 3:08-0569
 ) JUDGE CAMPBELL
HEALTHWAYS, INC., et al. )

ORDER

Pending before the Court is Lead Plaintiff's Motion for Class Certification (Docket No. 93).

For the reasons stated in the accompanying Memorandum, Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE