UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| JOHN RICHARD BEACH, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>HEALTHWAYS INC., et al.,<br><br>      Defendants. | Civil Action No. 3:08-cv-00569<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>Judge Todd J. Campbell<br>Magistrate Judge Juliet Griffin<br><br>NOTICE OF MOTION TO INTERVENE |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Intervenor Plaintiff Central Laborers' Pension Fund hereby moves this Court for an order granting its motion to intervene as a named plaintiff in this action. This motion is based upon this notice and the accompanying memorandum of law in support, the declaration of Dan Koeppel and such other evidence and argument as the court may consider.

DATED: October 20, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THOMAS E. EGLER
SCOTT H. SAHAM
JESSICA T. SHINNEFIELD
JENNIFER Y. LAI
MATTHEW I. ALPERT

s/ SCOTT H. SAHAM
SCOTT H. SAHAM

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
tome@csgrr.com
scotts@csgrr.com
jshinnefield@csgrr.com
jlai@csgrr.com
malpert@csgrr.com

Lead Counsel for Plaintiffs

BARRETT, JOHNSTON & PARSLEY
GEORGE E. BARRETT
DOUGLAS S. JOHNSTON, JR.
TIMOTHY L. MILES
217 Second Avenue North
Nashville TN 37201
Telephone:  615-244-2202
615-252-3798 (fax)
gbarrett@barrettjohnston.com
djohnston@barrettjohnston.com
tmiles@barrettjohnston.com

Liaison Counsel

DYER & BERENS LLP
JEFFREY A. BERENS
ROBERT J. DYER III
682 Grant Street
Denver, Colorado 80203
Telephone: (303) 861-1764
(303) 395-0393 (fax)
jeff@dyerberens.com
bob@dyerberens.com

HOLZER, HOLZER & FISTEL, LLC
COREY D. HOLZER
MICHAEL I. FISTEL, JR.
MARSHALL DEES
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Telephone: 770/392-0090
770/392-0029 (fax)
cholzer@holzerlaw.com
mfistel@holzerlaw.com
mdees@holzerlaw.com

Additional Counsel for Plaintiffs

CAVANAGH & O'HARA
PATRICK J. O'HARA
407 East Adams Street
Springfield, IL 62701
Telephone: 217/544-1771
217/544-9894 (fax)

Attorneys for Intervenor Plaintiff Central
Laborers Pension Fund

S:\CasesSD\Healthways\NOT00062212_Intervene.doc

# CERTIFICATE OF SERVICE

       I hereby certify that on this the 20th day of October, 2009, the foregoing NOTICE OF MOTION TO INTERVENE was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

| | |
|---|---|
| **George Edward Barrett**<br>Barrett, Johnston & Parsley<br>217 Second Avenue, North<br>Nashville, TN 37201<br>615/244-2202<br>615/252-3798 (Fax)<br>gbarrett@barrettjohnston.com<br>lbrock@barrettjohnston.com | **Jeffrey A. Berens**<br>Dyer & Berens LLP<br>682 Grant Street<br>Denver, CO 80203-1764<br>303/861-1764<br>303/395-0393(Fax)<br>jeff@dyerberens.com |
| **Paul Kent Bramlett**<br>Bramlett Law Offices<br>P.O. Box 150734<br>Nashville, TN 37215-0734<br>615/248-2828<br>615/254-4116(Fax)<br>pknashlaw@aol.com | **Robert P. Bramlett**<br>Bramlett Law Offices<br>P.O. Box 150734<br>Nashville, TN 37215-0734<br>615/248-2828<br>615/254-4116(Fax)<br>robert@bramlettlawoffices.com |
| **Marshall Dees**<br>Holzer Holzer & Fistel, LLC<br>200 Ashford Center North, Suite 300<br>Atlanta, GA 30338<br>770/392-0090<br>770/392-0029(Fax)<br>mdees@holzerlaw.com | **Wallace Wordsworth Dietz**<br>Bass, Berry & Sims, PLC<br>315 Deaderick Street, Suite 2700<br>Nashville, TN 37238-2700<br>615/742-6200<br>615/742-6293(Fax)<br>wdietz@bassberry.com |
| **Robert J. Dyer , III**<br>Dyer & Berens LLP<br>682 Grant Street<br>Denver, CO 80203-1764<br>303/861-1764<br>303/395-0393(Fax)<br>bob@dyerberens.com | **Thomas E. Egler**<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301<br>Telephone: 619/231-1058<br>619/231-7423 (Fax)<br>tegler@csgrr.com |
| **Michael I. Fistel , Jr.**<br>Holzer Holzer & Fistel, LLC<br>200 Ashford Center North, Suite 300<br>Atlanta, GA 30338<br>770/392-0090<br>770/392-0029(Fax)<br>mfistel@holzerlaw.com | **Corey D. Holzer**<br>Holzer Holzer & Fistel, LLC<br>200 Ashford Center North, Suite 300<br>Atlanta, GA 30338<br>770/392-0090<br>770/392-0029(Fax)<br>cholzer@holzerlaw.com |

**Susan E. Hurd**
Alston & Bird, LLP
1201 W. Peachtree Street
Atlanta, GA 30309-3424
404/881-7000
404/881-7777(Fax)
susan.hurd@alston.com
elizabeth.skola@alston.com
angie.knowles@alston.com

**D. Seamus Kaskela**
Barroway Topaz Kessler Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
610/667-7706
610/667-7056(Fax)
skaskela@sbtklaw.com

**John L. Latham**
Alston & Bird, LLP
1201 W. Peachtree Street
Atlanta, GA 30309-3424
404/881-7000
404/881-7777(Fax)
john.latham@alston.com

**David M. Promisloff**
Barroway Topaz Kessler Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
610/667-7706
610/667-7056(Fax)
dpromisloff@sbtklaw.com

**Darren J. Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (Fax)
darrenr@csgrr.com

**Douglas S. Johnston , Jr.**
Barrett, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201
615/244-2202
615/252-3798(Fax)
djohnston@barrettjohnston.com

**Jennifer Yeu-Jeng Lai**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (Fax)
jlai@csgrr.com

**Timothy L. Miles**
Barrett, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201
615/244-2202
615/252-3798(Fax)
tmiles@barrettjohnston.com

**Brian D. Roark**
Bass, Berry & Sims, PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238-2700
615/742-6200
615/742-6293(Fax)
broark@bassberry.com
virwin@bassberry.com
lmccampbell@bassberry.com
elizabeth.skola@alston.com

**Samuel H. Rudman**
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (Fax)
srudman@csgrr.com

**Scott H. Saham**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (Fax)
scotts@csgrr.com

**Jessica Shinnefield**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (Fax)
jshinnefield@csgrr.com

**Patrick J. O'Hara**
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
Telephone: 217/544-1771
217/544-9894 (fax)
patrick@cavanagh-ohara.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 20, 2009.

s/ SCOTT H. SAHAM
SCOTT H. SAHAM
COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: scotts@csgrr.com