# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN RICHARD BEACH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHWAYS, INC., THOMAS G. CIGARRAN, BEN R. LEEDLE JR., MARY A. CHAPUT, DONALD TAYLOR, MARY HUNTER, and MATTHEW KELLIHER,<br><br>Defendants. | Civil Action No. 3:08-cv-00569 (Consolidated)<br><br>Chief Judge Todd J. Campbell<br>Magistrate Judge Juliet Griffin |

## DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONS TO DEFENDANTS REGARDING CLASS CERTIFICATION

Defendants Healthways, Inc. ("Healthways"), Thomas G. Cigarran, Ben R. Leedle, Jr., Mary A. Chaput, Donald Taylor, Mary Hunter, and Matthew Kelliher (collectively "Defendants"), by and through their undersigned counsel, pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, hereby serve their Responses and Objections to Plaintiff's First Request for Admissions to Defendants Regarding Class Certification ("Requests").

**GENERAL OBJECTIONS:**

Defendants reserve the right at any time to revise, add to, or clarify any of the responses provided herein based upon newly discovered information.

By responding to these Requests, Defendants do not concede the relevancy or admissibility of the information provided.

Defendants' responses to the Requests are made for purposes of the above-styled pending litigation only and shall not be construed as an admission for any other purpose, nor may they be used against Defendants in any other proceeding.

**DEFINITIONS:**

The Requests below are intended to exclude any communications pursuant to a confidentiality agreement in connection with an actual or potential investment banking engagement or transaction regarding financing or other matters not related to the purchase or sale of Healthways securities. In addition, the term "material" as used in these Requests shall have the same definition of materiality as set forth in *Basic, Inc. v. Levinson*, 485 U.S. 224, 231-32 (1988) (Information is "material" where there is "a substantial likelihood that the disclosure of the omitted fact would have been viewed by the reasonable investor as having significantly altered the 'total mix' of information made available.").

**REQUEST FOR ADMISSION NO. 1:**

That during the class period no individual defendant or Healthways' executive communicated any material information to any financial analyst, institutional investor or investment manager that was not also contained in Company press releases, Company conference calls, and/or Company SEC filings, posted on the Company's website, and/or otherwise publicly communicated.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 2:**

That during the class period Mary A. Chaput did not communicate any material information to any financial analyst, institutional investor or investment manager that was not also contained in Company press releases, Company conference calls, and/or Company SEC filings, posted on the Company's website, and/or otherwise publicly communicated.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 3:**

That during the class period Ben R. Leedle Jr. did not communicate any material information to any financial analyst, institutional investor or investment manager that was not also contained in Company press releases, Company conference calls, and/or Company SEC filings, posted on the Company's website, and/or otherwise publicly communicated.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 4:**

That during the class period Mary A. Chaput did not communicate any material information to Neal Kaufman or any other representative of Baron Capital Management that was not also contained in Company press releases, Company conference calls, and/or Company SEC filings, posted on the Company's website, and/or otherwise publicly communicated.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 5:**

That during the class period Ben R. Leedle, Jr. did not communicate any material information to Neal Kaufman or any other representative of Baron Capital Management that was not also contained in Company press releases, Company conference calls, and/or Company SEC filings, posted on the Company's website, and/or otherwise publicly communicated.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 6:**

That during the class period no individual defendant or Healthways' executive communicated any material information to any representative of Lotsoff Capital Management that was not also contained in Company press releases, Company conference calls, and/or Company SEC filings, posted on the Company's website, and/or otherwise publicly communicated.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 7:**

That during the class period Mary A. Chaput did not communicate any material information to any representative of Lotsoff Capital Management that was not also contained in Company press releases, Company conference calls, and/or Company SEC filings, posted on the Company's website, and/or otherwise publicly communicated.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 8:**

That during the class period Ben R. Leedle, Jr. did not communicate any material information to any representative of Lotsoff Capital Management that was not also contained in Company press releases, Company conference calls, and/or Company SEC filings, posted on the Company's website, and/or otherwise publicly communicated.

**RESPONSE:**

Admitted.

Respectfully submitted, this 6th day of November, 2009.

_____
John L. Latham
Susan E. Hurd
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

Wallace W. Dietz
Brian D. Roark
BASS, BERRY & SIMS, PLC
Suite 2700
315 Deaderick Street
Nashville, TN 37238
(615) 742-6200

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served upon opposing counsel, via electronic mail, on this the 6th day of November, 2009:

George Edward Barrett
Douglas S. Johnston, Jr.
Timothy L. Miles
BARRETT, JOHNSTON & PARSLEY, LLC
217 Second Avenue North
Nashville, Tennessee 37201
gbarrett@barrettjohnston.com
djohnston@barrettjohnston.com
tmiles@barrettjohnston.com

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
2400 Crestmoor Road
Nashville, TN 37215
PKNASHLAW@aol.com
robert@bramlettlawoffices.com

Samuel H. Rudman
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
srudman@csgrr.com

Ramzi Abadou
Jennifer Yeu-Jeng Lai
Darren J. Robbins
Scott H. Saham
Jessica Shinnefield
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101
ramzia@csgrr.com
jlai@csgrr.com
darrenr@csgrr.com
scotts@csgrr.com
jshinnefield@csgrr.com

Jeffrey A. Berens
Robert J. Dyer, III
DYER & BERENS LLP
682 Grant Street

- 1 -

Denver, CO 80203
jeff@dyerberens.com
bob@dyerberens.com

Marshall Dees
Michael I. Fistel, Jr.
Corey D. Holzer
HOLZER, HOLZER & FISTEL, LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA 30338
mdees@holzerlaw.com
mfistel@holzerlaw.com
cholzer@holzerlaw.com

D. Seamus Kaskela
David M. Promisloff
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
skaskela@sbtklaw.com
dpromisloff@sbtklaw.com

Patrick J. O'Hara
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
patrick@cavanagh-ohara.com

_____
Susan E. Hurd