IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN RICHARD BEACH, et al.    )
                              )
v.                            ) NO. 3:08-0569
                              ) JUDGE CAMPBELL
HEALTHWAYS, INC., et al.      )

ORDER

Pending before the Court is Plaintiff's Motion for Class Certification (Docket No. 148). The Court heard argument on Plaintiff's Motion on April 1, 2010.

For the reasons stated in the accompanying Memorandum, Plaintiff's Motion is GRANTED, and the Court hereby certifies a class defined as: "all purchasers of the securities of Healthways, Inc. between July 5, 2007, and August 25, 2008." Excluded from this class are the Defendants in this action and members of the families of Thomas G. Cigarran, Ben R. Leedle, Mary A. Chaput, Mary Hunter, Matthew Kelliher and Donald Taylor. Also excluded from this class are any parent, subsidiary, affiliate, partner, officer, executive, or director of any Defendant herein; any entity in which such excluded person has a controlling interest; and the legal representatives, heirs, successors and assigns of any such excluded person or entity.

In addition, the law firm of Coughlin Stoia Geller Rudman & Robbins LLP is appointed Lead Counsel and the law firm of Barrett, Johnston & Parsley is appointed as Liaison Class Counsel.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE