IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN RICHARD BEACH, et al. )
)
v. ) NO. 3:08-0569
) JUDGE CAMPBELL
HEALTHWAYS, INC., et al. )

ORDER

Pending before the Court is a Joint Motion to Set Hearing Date for Plaintiffs' Motion for Preliminary Approval of Settlement (Docket No. 226). The Motion is GRANTED, and the Court will hold a hearing on Wednesday, June 2, 2010, at 1:00 p.m. Plaintiffs shall file the Motion for Preliminary Approval and supporting documents by May 21, 2010.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE